# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
IME-ACC, Inc. ) ASBCA Nos. 59652, 60681
)
Under Contract No. W912PL-09-C-0016 )

APPEARANCES FOR THE APPELLANT: Michael J. Gardner, Esq.
Erik C. Porcaro, Esq.
  Troutman Sanders LLP
  Virginia Beach, VA

APPEARANCES FOR THE GOVERNMENT: Thomas J. Warren, Esq.
  Acting Engineer Chief Trial Attorney
John F. Bazan, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Los Angeles

## OPINION BY ADMINISTRATIVE JUDGE PROUTY

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $570,000.00. This amount is inclusive of interest. No further interest shall be paid.

Dated: 9 January 2018

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 59652, 60681, Appeals of IME-ACC, Inc., rendered in conformance with the Board's Charter.

Dated:

<div style="margin-left:50%;">

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

</div>